154 A.3d 693

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PATRICK DAVIS (A/K/A JOSEPH OLIVER), DEFENDANT-PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. EDWARD TURNER (A/K/A JOSE PEREZ, EDWARD JOHNSON, EDWARD J. TURNER, NELSON PEREZ, NELSON LOPEZ, JOSEPH TURNER, EDWARD J. TURNER, SR.), DEFENDANT.

October 21, 2016

PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-3420/4508-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 694

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. AXEL CORADO, DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001398-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.